UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00513

**Santiago Martinez,**
*Plaintiff,*

v.

**Environmental Oil Recovery, Inc.,**
*Defendant.*

# FINAL JUDGMENT

The court, having considered plaintiff's Fair Labor Standards Act case, hereby enters judgment that this case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on January 10, 2022.*

J. CAMPBELL BARKER
United States District Judge